# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Whisper Dawn Fox, | ) | Case No. 1:23-cr-209 |
| | ) | |
| Defendant. | ) | |

On March 12, 2024, the court issued an order conditionally releasing Defendant on March 13, 2024, to the Good Road Recovery Center for treatment. (Doc. No. 167).

On March 13, 2024, the court was advised by the Pretrial Services Officer that, due to unforseen circumstances and through no fault of Defendant, the Good Road Recovery Center is unable to accept Defendant at this time. Consequently, the court **VACATES** its March 12, 2024, order conditionally releasing Defendant (Doc. No. 167). Defendant shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated 13th day of March, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court