IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION TO AMEND RELEASE CONDITIONS** |
| vs. | ) ) | |
| Whisper Dawn Fox, | ) ) | Case No. 1:23-cr-209 |
| Defendant. | ) | |

On April 8, 2024, the court issued an order an order conditionally releasing Defendant to the Good Road Recovery Center for inpatient treatment. (Doc. No. 184). On May 17, 2024, Defendant filed a Motion to Amend Release Conditions. (Doc. No. 196). Advising that she has completed inpatient treatment, she requests that the court modify her release conditions to allow her to transition from the Good Road Recovery Center to the Healing Heart's Lodge, a sober living facility in Bismarck North Dakota, on May 22, 2024.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No.196) and modifies her release conditions as follows. Upon her discharge from the Good Road Recovery Center, Defendant shall report to and reside at the Healing Heart's Lodge, comply with its rules and regulations, and participate in any programming it offers or requires. She shall not change this residence without the prior permission of the Pretrial Services Officer. She otherwise remains subject to all other conditions of release previously imposed. If terminated from the Healing Heart's Lodge, she shall surrender to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated this 20th day of May, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court